

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2017

No. 04-17-00686-CV

**THE CITY OF SAN ANTONIO**, acting by and through its agent, City Public Service Board
d/b/a CPS Energy,
Appellants

v.

Frank **GOMEZ,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI10475
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

In this accelerated appeal, Appellant's brief is due to be filed with this court on November 22, 2017. Before the brief was due, Appellant filed an unopposed first motion for extension of time to file Appellant's brief until December 20, 2017, for an extension of twenty-eight days.

Appellant's motion is GRANTED. Appellant's brief is due on December 20, 2017. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court